## UNITED STATES *v.* DURWOOD.

(*District Court, D. Washington, W. D.*　February 10, 1892.)

1. CUSTOMS DUTIES—VIOLATION OF LAWS—BREAKING OPEN BONDED CARS.
   One who maliciously breaks into a bonded freight-car, containing merchandise in transit through the United States between two places in the British provinces, is not punishable under Rev. St. U. S. § 2998. That section is applicable only to cars *en route* between certain named ports of entry in the United States and certain other places in the United States.

2. SAME.
   As Act Cong. July 28, 1866, (Rev. St. § 3005,) authorizing transportation of merchandise in bond through the United States to places in the adjacent British provinces, prescribes no penalties, no criminal prosecution can be founded upon it for breaking open a car in transit.

At Law. Prosecution of James Durwood for breaking open and entering a bonded freight-car on the Northern Pacific Railroad. Jury instructed to return a verdict of not guilty.

*P. C. Sullivan,* Asst. U. S. Atty.
*Garvey & Smith,* for defendant.

HANFORD, District Judge. The defendant is indicted under section 2998, Rev. St., for maliciously breaking into and entering a freight-car on the Northern Pacific Railroad containing merchandise, delivered for transportation through the United States from Victoria, in British Columbia, to Montreal. It is my opinion that the statute referred to is not applicable to the case, and that the defendant cannot be punished for the acts charged against him. Section 2998 of the Revised Statutes is section 37 of the act of July 14, 1870, entitled "An act to reduce the internal taxes, and for other purposes." 16 St. p. 256. Said act provides for the transportation of imported merchandise in bond from certain named ports of entry in the United States to certain other places in the United States, but contains no provision for the transportation of bonded merchandise towards a destination in a foreign country; nor is it so related to the other statutes which are in the Revised Statutes, grouped together under the title of "The Bond and Warehouse System," as to subject a person to punishment under the penal clause for interference with merchandise in transit through the United States to a foreign destination. The law authorizing transportation through the United States of merchandise in bond *en route* to places in the adjacent British provinces (section 3005, Rev. St.) is found originally in the act of July 28, 1866, (14 St. p. 328.) No penalties are therein prescribed; therefore no criminal prosecution can be founded upon it.

The jury is instructed to render a verdict of not guilty.